NANCY H. HILLAS, *ETC.* v.
WESTINGHOUSE ELECTRIC CORP. *ET AL.*

October 3, 1972. Petition for certification denied. (See 120 *N. J. Super.* 105).

STATE OF NEW JERSEY v. WILLIE J. ALEXANDER.

October 3, 1972. Petition and cross-petition for certification denied.

MEDFORD PLUMBING SUPPLIES, INC. v.
WILLIAM DIACZYNSKY, *ET AL.*

October 3, 1972. Petition for certification denied.

CURTIN AGENCY, INC. v. FIRST FEDERAL SAVINGS & LOAN ASSN. OF WESTFIELD v. SIXTH J. C. INC.

October 3, 1972. Petition for certification denied.

HUMBLE OIL & REFINING CO. v.
TOWNSHIP OF BERKELEY HEIGHTS, *ET AL.*

October 3, 1972. Petition for certification denied.

INTERNATIONAL UNION OF AUTOMOBILE, AEROSPACE & IMPLEMENT WORKERS OF AMERICA (UAW) *ET AL.* v. TOWNSHIP OF MAHWAH, NEW JERSEY *ET AL.*

October 3, 1972. Petition for certification denied.